OKLAHOMA PUBLISHING COMPANY v. PARSONS & WHITTEMORE, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ISIDOR POLISUK v. GEORGE S. KAUFMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

⌐ In the Matter of EMANUEL HALPERN.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Martin, P. J., Townley, Dore and Callahan, JJ. [See 255 App. Div. 372.]

## SECOND DEPARTMENT, JANUARY, 1939.
### (January 9, 1939.)

ALBERT ARROYO, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

JOHN BAILER, Appellant, v. EUPHEMIA RINGE and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

CLARENCE J. CARLOS, Respondent, v. CENTURY INDEMNITY CO. OF HARTFORD, CONNECTICUT, Appellant; IRVING FIRSTENBERG, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

CAYNE BUILDERS, INC., Appellant, v. MARYLAND CASUALTY COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

MARY CONSIDINE, Plaintiff, v. CATHERINE CONSIDINE, Defendant. MARY CONSIDINE, Appellant, v. CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, Defendant, and CATHERINE CONSIDINE, Interpleaded and Substituted as Defendant in Place and Stead of CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

MARY FRANCES FOLKES and HARRY FOLKES, Respondents, v. THOMAS E. MURRAY, JR., as Receiver of the INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals and for a stay denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Application of BAR ASSOCIATION OF NASSAU COUNTY, INC., in Respect of GEORGE H. BEAUBIAN, Attorney and Counselor at Law.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.